# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Case No.: CR 98-659 WDK |
|         Plaintiff,    ) | ORDER OF DETENTION |
|         vs.           ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| VINCENT MARTINEZ-MEJIA          ) | |
|         Defendant.    ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>CENTRAL DISTRICT OF CALIFORNIA</u> for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>multiple removals from US and deportations</u>

```
 1  _____
 2  _____
 3  _____
 4       and/or
 5  B.   (X)  The defendant has not met his/her burden of establishing by
 6       clear and convincing evidence that he/she is not likely to pose
 7       a danger to the safety of any other person or the community if
 8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9       on: defendant's record of prior convictions for violent
10       crimes_____
11  _____
12  _____
13
14       IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated: _January 10, 2008_
18
19                              _____
20                              JENNIFER T. LUM
                                UNITED STATES MAGISTRATE JUDGE
```